IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL L. JONES,
 Plaintiff,

vs.             CASE NO.: 5:07cv37/RS/MD

CAPT. BASFORD, et al.,
 Defendants.

## REPORT AND RECOMMENDATION

  This cause is before the court upon referral from the clerk. Plaintiff initiated this action through the filing of a civil rights complaint. On February 28, 2007, this court entered an order (doc. 3) directing plaintiff to either pay the filing fee in the amount of $350.00 or file a complete application to proceed *in forma pauperis*, within thirty (30) days. After receiving no response from plaintiff, the court entered an order on April 10, 2007 directing plaintiff to show cause why this case should not be dismissed for plaintiff's failure to prosecute or failure to comply with an order of the court. Plaintiff responded by filing an incomplete prisoner consent form, indicating that he would file the account information when he received it. To date, plaintiff has failed to supplement his motion to proceed *in forma pauperis*, pay the filing fee of $350.00, or explain his inability to do so.

  Accordingly, it is respectfully RECOMMENDED:

  That this case be dismissed for failure to prosecute and failure to comply with an order of the court.

  At Pensacola, Florida, this 15th day of June, 2007.

          /s/ *Miles Davis*
          **MILES DAVIS**
          **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).