## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

MICHAEL L. JONES,

       Plaintiff,

vs.                                                            CASE NO. 5:07cv37/RS

CAPT. BASFORD, et al,

       Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8).

Plaintiff has not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this Order.

2.     This case is dismissed because of failure to prosecute and for failure to

comply with an order of the court.

3.     The clerk is directed to close the file.


ORDERED on July 19, 2007.


                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**